Same case below, 397 Fed. Appx. 639.

**No. 10-9642. Emory J. Cavender, Petitioner v. Caroline Mudd, et al.**

563 U.S. 1011, 131 S. Ct. 2909, 179 L. Ed. 2d 1253, 2011 U.S. LEXIS 3959.

May 23, 2011. Petition for writ of certiorari to the Court of Appeals of Kentucky denied.

**No. 10-9648. Darnell Washington, Petitioner v. Ohio, et al.**

563 U.S. 1011, 131 S. Ct. 2909, 179 L. Ed. 2d 1253, 2011 U.S. LEXIS 3881.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9687. John McIntire, Petitioner v. Massachusetts.**

563 U.S. 1012, 131 S. Ct. 2909, 179 L. Ed. 2d 1253, 2011 U.S. LEXIS 3883.

May 23, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

Same case below, 458 Mass. 257, 936 N.E.2d 424.

**No. 10-9710. Frederick Goodman, Petitioner v. Merit Systems Protection Board.**

563 U.S. 1012, 131 S. Ct. 2925, 179 L. Ed. 2d 1253, 2011 U.S. LEXIS 3894,

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

**No. 10-9722. Pasqualino DePace, Petitioner v. Massachusetts.**

563 U.S. 1012, 131 S. Ct. 2910, 179 L. Ed. 2d 1253, 2011 U.S. LEXIS 3978.

May 23, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

**No. 10-9733. Darryl Stevenson, Jr., Petitioner v. James A. Yates, Warden.**

563 U.S. 1012, 131 S. Ct. 2910, 179 L. Ed. 2d 1253, 2011 U.S. LEXIS 3963.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 407 Fed. Appx. 178.

**No. 10-9734. George L. Koynok, Petitioner v. Thomas R. Lloyd, et al.**

563 U.S. 1012, 131 S. Ct. 2910, 179 L. Ed. 2d 1253, 2011 U.S. LEXIS 3844.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 405 Fed. Appx. 679.

**No. 10-9802. Tanios Abidaoud, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 1012, 131 S. Ct. 2911, 179 L. Ed. 2d 1253, 2011 U.S. LEXIS 3962.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.